**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-04-01358-CV

**BASIC CAPITAL MANAGEMENT, INC., AMERICAN REALTY TRUST, INC., TRANSCONTINENTAL REALTY INVESTORS INC., CONTINENTAL POYDRAS CORP., CONTINENTAL COMMON, INC., AND CONTINENTAL BARONNE, INC., Appellants**

**V.**

**DYNEX COMMERCIAL, INC. AND DYNEX CAPITAL, INC., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-00675**

## ORDER

Before the Court are appellees' motions for extension of time to file a motion for rehearing and motion for rehearing en banc. We **GRANT** the motions. The time for appellees to file a motion for rehearing or a motion for rehearing en banc is extended to April 1, 2013.

/s/      JIM MOSELEY
         JUSTICE